NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7109

KENNETH L. WILLIAMS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-2007, Judge Ronald M. Holdaway.

ON MOTION

O R D E R

Kenneth L. Williams moves to reinstate his appeal.

Williams' appeal was dismissed on August 28, 2009 for failure to file a brief. Williams has now submitted his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Secretary of Veterans Affairs should calculate the due date for his brief from the date of filing of this order.

FOR THE COURT

OCT 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth L. Williams
Christopher A. Bowen, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 8 2009

JAN HORBALY
CLERK